# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| BRENDA BRANDON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF RICHARD LODI

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) |
| COUNTY OF ALLEGHENY | ) |

I, Richard Lodi, first being duly sworn, depose as follows:

1. I am more than twenty-one (21) years of age.

2. I am currently a Senior Operations Representative for Life Insurance Company of North America ("LINA"). LINA is a wholly owned subsidiary of New York Life Insurance Company. I have personal knowledge of the matters stated herein, which are based on my knowledge of the business records and practices of LINA.

3. LINA is domiciled in Iowa, and its principal place of business is located in Philadelphia, Pennsylvania.

4. Plaintiff Brenda Brandon ("Ms. Brandon") was employed by Consolidated Nuclear Security, LLC ("CNS").

5. CNS established an employee benefits plan ("LTD Plan") that provided long term disability benefits to its employees.

1

6. LINA issued group long term disability policy LK-980261 ("LTD Policy") to CNS to fund LTD Plan benefits for its employees

7. LINA is the claims administrator for the LTD Plan.

8. Ms. Brandon was a participant in LTD Plan.

9. The LTD Policy and LTD Plan are governed by the Employee Retirement Security Act of 1974 ("ERISA").

10. The LTD Policy at issue in the above captioned matter is not an individual policy.

FURTHER, the Affiant sayeth not.

Executed this 6th day of August, 2026.

_____

Subscribed and sworn to before me, the undersigned Notary Public, on this __6__ day of August, 2026.

_____
NOTARY PUBLIC

My Commission Expires: 1023-28

Commonwealth of Pennsylvania - Notary Seal
Corl J. Rowe, Notary Public
Allegheny County
My commission expires October 23, 2028
Commission number 1193042
Member, Pennsylvania Association of Notaries

2