

## Service of Process Transmittal Summary

**TO:**      Jeremy Klatell, Associate General Counsel
NEW York Life Insurance Company
51 MADISON AVE BSMT 1B
NEW YORK, NY 10010-1655

**RE:**      **Process Served in Tennessee**

**FOR:**     Life Insurance Company of North America  (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Brenda Brandon vs. Life Ins. Co. of North America |
| **CASE #:** | 26CV1354 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Knoxville, TN |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 07/31/2026 |
| **JURISDICTION SERVED:** | Tennessee |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/31/2026, Expected Purge Date: 08/05/2026 |
| | Image SOP |
| | Email Notification,  Jeremy Klatell  jeremy_n_klatell@newyorklife.com |
| | Email Notification,  Antonio Gonzalez  Antonio_Gonzalez@NewYorkLife.Com |
| | Email Notification,  Rose M. Sepulveda  rose_m_sepulveda@newyorklife.com |
| | Email Notification,  Tabitha Turner  tabitha_turner@newyorklife.com |
| | Email Notification,  Subpoena Response  subpoena_response@newyorklife.com |
| | Email Notification,  Sophie Park  sophie_park@newyorklife.com |
| | Email Notification,  Chae Lee  Chae_Lee@newyorklife.com |
| | Email Notification,  Alexander C. Cooper  Alexander_C_Cooper@newyorklife.com |
| | Email Notification,  Lisa Durrenberger  lisa_a_durrenberger@newyorklife.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>300 Montvue RD<br>Knoxville, TN 37919<br>8775647529<br>MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | Documents were served upon the Tennessee Department of Commerce and Insurance on 07/17/2026 and forwarded to CT Corporation. |



The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

State of Tennessee
Department of Commerce & Insurance
Service of Process 10th Floor
500 James Robertson Pkwy
Nashville, TN 37243-0565



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 1290 0001 6210 3640

PRIORITY MAIL

US POSTAGE PITNEY BOWES

ZIP 37243 $ 023.65
02 7W
0008044102 JUL 27 2026

7020 1290 0001 6210 3640   July 2026

C T Corporation System
300 Montvue Rd
Knoxville, TN 37919-5546





### Department of
### Commerce &
### Insurance

July 22, 2026

Life Ins. Co. of North America
300 Montvue Rd c/o C T C
Knoxville, TN 37919-5546
NAIC# 65498

Certified Mail
Return Receipt Requested
7020129000016210-3640

Re: Brenda Brandon V. NAIC# 65498

Docket # 26CV1354

To Whom It May Concern:

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served July 17, 2026, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: General Sessions Court Clerk
Roane County
200 East Race Street, Suite 16
Kingston, TN 37763

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260

**STATE OF TENNESSEE, COUNTY OF** _ROANE_ , _GENERAL SESSIONS COURT_

**CIVIL SUMMONS**

To Any Lawful Officer To Execute and Return:

Summon _Life Insurance Company of North America_

To appear before the General Sessions Court of _Roane_ _Roane_ , County, Tennessee. To be held in _General Sessions_ (Court Room) _200 E Race St, Kingston TN_ (Address) _37763_ on the _26_ day of _August_ , 20 _26_ at _9_ p.m./a.m., then and there to answer in a civil action brought by _Brenda Brandon - 745 Clymersville Rd, Rockwood 37854_ for _Breach of Contract. Seeking order directing Defendant to pay benefits pursuant to policy # CK - 0980261_ Under $ _25,000.—_

**JUDGMENT**

Judgment for _____

Against _____

For $_____ plus interest at the rate of _____% and cost of suit, for which execution may issue.

Judgment entered by: ☐ Default ☐ Agreement ☐ Trial

Dismissed: ☐ Without Prejudice ☐ With Prejudice

Costs taxed to: ☐ Plaintiff ☐ Defendant

Defendant(s)_____ in court and admitted to jurisdiction of court. This the _____ day of _____, 20_____.

_____, Judge Division _____

**ORDER**

This the _____ day of _____, 20_____.

_____, Judge

Case No. _26-CV-1354_

_Brenda Brandon_
_745 Clymersville Rd_
_Rockwood, TN 37854_ — Plaintiff

Address

_865-223-5184 (Dupree atty)_ — Phone

vs.

_Life Insurance Co. of North Am_
_NAIC 65498_ — Defendant
_c/o TN Dept of Comm. & Ins_

Address

_500 James Robertson Pkwy 5th_
_Nashville, TN 37243_ — Defendant

Address

**CIVIL SUMMONS**
**Court of General Sessions**
_____(preprinted name)_____ , Clerk

By _Amy Stead_ , Deputy Clerk

Issued _7-8_ , 20 _26_.

Set for _8-26-26_ at _9 am_

Reset for _____

Served Upon ☐ All Named Defendants
☐ All Defendants

Except:_____

Served _____, 20_____.

Please Print: Sheriff/Constable (Process Server)

Signature

Agency Address

Attorney for Plaintiff _John B. Dupree_
Telephone _865-223-5184_

Attorney for Defendant
Telephone _____

**AFFIDAVIT**

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is/is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public
My Comm. Exp. _____

## TO THE DEFENDANT(S):

Failure to appear and answer this summons may result in judgment by default being rendered against you for the relief requested. Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these items include items of necessary wearing apparel (clothing) for yourself and your family and trunks and other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer.

_ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____

Legal Authority: TCA §20-2-101, TRCP 3

_Rev. 8/10_